UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SHIRL J. KOBOLD,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. 3:10-cv-05589-RJB-JRC<br><br>ORDER AMENDING THE<br>SCHEDULING ORDER |

Based on Defendant's motion, and that Plaintiff's counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including January 21, 2011, to file Defendant's responsive brief;

- Plaintiff shall have up to and including February 4, 2011, to file an optional reply brief;

- Oral argument, if desired, shall be requested by February 11, 2011.

DATED this 3rd day of January 2011.

*[signature]*

J. Richard Creatura
United States Magistrate Judge

Page 1   ORDER - [3:10-cv-05589-RJB-JRC]