# United States District Court

WESTERN DISTRICT OF WASHINGTON

SHIRL J. KOBOLD

v.

MICHAEL J. ASTRUE,
Commissioner of the Social Security Administration

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5589RJB

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Report and Recommendation is **ADOPTED**;

The Administrative Law Judge's decision is **REVERSED;**

This matter is **REMANDED** to the Social Security Commissioner for further administrative proceedings in accordance with the Report and Recommendation.

| | |
|---|---|
| June 7, 2011 | WILLIAM M. McCOOL |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |