UNITED STATES DISTRICT JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| SHIRL J. KOBOLD, | CASE NO. C10-5589-RJB-JRC |
|---|---|
| Plaintiff, | ORDER GRANTING COSTS AND ATTORNEY FEES |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | NOTE ON MOTION CALENDAR: Friday, August 26, 2011 |
| Defendant. | |

Pursuant to 28 U.S.C. § 2412 and upon consideration of Plaintiff's Petition for Costs and Fees, the petition (Dkt 22) is GRANTED. It is hereby ORDERED that costs in the amount of $350.00 and attorney fees in the amount of $5,362.00 be awarded to plaintiff.

DATED this 25th day of August, 2011.

*Robert J Bryan*
Robert J Bryan
United States District Judge

Presented by:

TODD R. RENDA, ATTORNEY AT LAW

s/ Todd R. Renda
WSBA# 20779
Attorney for plaintiff

**ORDER GRANTING PETITION**
FOR COSTS AND FEES

**TODD R. RENDA**
ATTORNEY AT LAW
6314 19th St. West, Suite 21
Tacoma, Washington 98466-6223
(253) 566-6701
FAX (253) 565-0705